UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80452-CIV-MARRA/MATTHEWMAN

JOSEPH J. FOSTANO,

    Plaintiff,

v.

PATIENT ACCOUNT SERVICES, LLC,
AND JOHN DOE,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Parties' Joint Stipulation for Dismissal With Prejudice [DE 11]. The Court has been advised that all claims and causes of action between or among the Parties have been amicably resolved. The Court has reviewed the record herein and is otherwise fully advised in the premises. Accordingly, it is hereby,

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each Party to bear its own costs and fees except as otherwise agreed by the Parties. All pending motions are denied as moot with each Party to bear its own costs and fees. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of October, 2013.

KENNETH A. MARRA
United States District Judge